AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-3964

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jonathan Bleier__
was received by me on *(date)* __9·13·19__

☑ I personally served the summons on the individual at *(place)* __1 Sam Law Drive, Monsey, NY 10952__ on *(date)* __9·14·19 @ 10:35am__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __9·14·19__

_Thomas Bunting_
*Server's signature*

_Thomas Bunting_
*Printed name and title*

__1359 Littleton Rd, Morris Plains NJ 07950__
*Server's address*

Additional information regarding attempted service, etc: