AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-03964

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __WT Operating LLC__

was received by me on *(date)* __09/24/2019__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __VCORP SERVICES LLC__, who is
designated by law to accept service of process on behalf of *(name of organization)* __WT OPERATING LLC__
via certified mail return receipt requested   on *(date)* __09/11/2019__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __09/24/2019__

*Server's signature*

MIchael C. Schafle, Esq.
*Printed name and title*

Green & Schafle LLC
100 S. Broad St., #1218
Philadelphia, PA 19110

*Server's address*

Additional information regarding attempted service, etc: